APPISTRY, LLC, Plaintiff-Appellant

v.

AMAZON.COM, INC., Amazon Web Services, Inc., Defendants-Appellees

2016-2417

United States Court of Appeals, Federal Circuit.

February 10, 2017

ANTHONY G. SIMON, The Simon Law Firm, P.C., St. Louis, MO, argued for plaintiff-appellant. Also represented by TIMOTHY DAVID KRIEGER, BENJAMIN R. ASKEW, MICHAEL P. KELLA.

ALAN M. FISCH, Fisch Sigler, LLP, Washington, DC, argued for defendants-appellees. Also represented by ROY WILLIAM SIGLER, JENNIFER ROBINSON, JEFFREY MATTHEW SALTMAN; DAVID M. SAUNDERS, San Jose, CA.

(Lourie, Hughes, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**